UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Mary M Kelly

Case No.: 14-17560-JNP  
Chapter: vchChapter  
Judge: Jerrold N. Poslusny Jr.

### NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court  
401 Market Street  
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on October 4, 2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

700 North Franklin Blvd.  Pleasantville, NJ  08232  $46,000.00

Liens on property:

$1,946.84  City of Pleasantville

$37,011.02  M & T Bank

$125.00  Pleasantville City Sewer

$930.00  Skyline Condo Association /Thompson Realty Co.

Amount of Equity claimed as exempt:

0

Objections must be served on, and requests for additional information directed to:

Name:          Douglas S. Stanger

Address:       646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.  (609) 645-1881

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                  Case No. 14-17560-JNP
Mary M Kelly                                                            Chapter 7
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-1            User: admin                  Page 1 of 2                  Date Rcvd: Aug 30, 2016
                                Form ID: pdf905              Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
db           +Mary M Kelly,    700 N Franklin Blvd,    Unit #:503,    Pleasantville, NJ 08232-1572
cr           +Skyline Condominium Assn.,    c/o Thompson Realty,     P.O. Box 57,    Atlantic City 08404-0057
514933668    +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
514720209     Atlantic Emergency Associates,     PO Box 88087,    Chicago, IL 60680-1087
514720210     Atlanticare Regional Med Ctr,     PO Box 786361,    Philadelphia, PA 19178-6361
514720211    #Best Buy Credit Services,    PO Box 183195,    Columbus, OH 43218-3195
514720212     Boscovs,    PO Box 71106,   Charlotte, NC 28272-1106
516335784    +Boscovs,    PO Box 17642,   Baltimoer, MD 21297-1642
514933669    +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
514720222    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Home Depot Credit Services,      PO Box 182676,
               Columbus, OH 43218-2676)
514720213    +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
516335785     Capital One Bank,    PO Box 17083,    Charlotte, NC 28272-1083
514916356    +Citibank, N.A.,    701 East 60th Street North,     Sioux Falls, SD 57104-0493
514720214    +City Of Pleasantville,    18 N First Street,     Pleasantville, NJ 08232-2647
514720215    +Figi,   PO Box 8090,    Marshfield, WI 54449-8090
514720216     Finger Hut,    PO Box 166,   Newark, NJ 07101-0166
514720220    +Ginnys,    1112 7th Avenue,   Monroe, WI 53566-1364
514720221    +Great Lakes Higher Education,     PO Box 7860,    Madison, WI 53707-7860
514720228    +M&T Bank,    PO Box 619063,   Dallas, TX 75261-9063
514720229     Mason Easy-Pay,    PO Box 2808,   Monroe, WI 53566-8008
514720232     Office Of Attorney General,    Richard J Hughes Justice Complex,     25 Market Street, PO Box 112,
               Trenton, NJ 08625-0112
516335788    +Pier 1 Imports,    100 Pier 1 Place,    Fort Worth, TX 76102-2600
514720233    +Pleasantville City Sewerage,     801 N New Rd,    Pleasantville, NJ 08232-1311
514720234     Rodale,    PO Box 6001,   Emmaus, PA 18098-0601
514720237    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: State Of New Jersey,      Division Of Taxation, Bankruptcy Section,
               PO Box 245,    Trenton, NJ 08695-0245)
514720235    +Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
514720236    +Skyline Condo Assoc,    700 1st St,    Hoboken, NJ 07030-8802
516335789    +South Jersey Gas,    PO Box 577,    Attn: Mrs DeMarco,    Hammonton, NJ 08037-0577
514720238     Stoneberry,    PO Box 2820,   Monroe, WI 53566-8020
514801826    +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
514720239     Target Credit Card Services,     PO Box 660170,    Dallas, TX 75266-0170
516335790     Thompson Realty Co,    1613 Alantic Ave,    Bountiful, UT 84010
514720240    +Thompson Realty Co,    PO Box 57,    Atlantic City, NJ 08404-0057
514720241    +US Dept Of Education,    PO Box 5609,    Greenville, TX 75403-5609
514767174     US Dept of Education,    Claims Filing Unit,     PO Box 8973,    Madison, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2016 23:25:08      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2016 23:25:05      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516335786     E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 30 2016 23:25:40       Comcast,
               PO Box 3006,    Southeastern, PA 19398-3006
516335787    +E-mail/Text: creditonebknotifications@resurgent.com Aug 30 2016 23:24:25      Credit One,
               PO Box 98873,    Las Vegas, NV 89193-8873
514720217    +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2016 04:35:57     GECRB/Old Navy,    PO Box 965005,
               Orlando, FL 32896-5005
514720218    +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2016 04:35:57     GECRB/TJX Cos,    PO Box 965005,
               Orlando, FL 32896-5005
514720219    +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2016 04:35:28     GECRB/Walmart,    PO Box 960024,
               Orlando, FL 32896-0024
514720223    +E-mail/Text: bankruptcy@icsystem.com Aug 30 2016 23:25:41      I C System Inc,
               RE: APG Cardiology Group,    PO Box 64378,    Saint Paul, MN 55164-0378
514720224    +E-mail/Text: cio.bncmail@irs.gov Aug 30 2016 23:24:43      Internal Revenue Service,
               1601 Market Street,    Philadelphia, PA 19103-2309
514985663     E-mail/Text: camanagement@mtb.com Aug 30 2016 23:24:55     M&T BANK,    PO BOX 840,
               BUFFALO, NY 14240-0840
514953202     E-mail/Text: bkr@cardworks.com Aug 30 2016 23:24:18     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
514720230     E-mail/Text: bkr@cardworks.com Aug 30 2016 23:24:18     Merrick Bank,    PO Box 30537,
               Tampa, FL 33630-3537
514720231    +E-mail/Text: bankruptcydepartment@tsico.com Aug 30 2016 23:25:54      NCO Financial Services,
               RE: Pleasantville EMS,    PO Box 15273,    Wilmington, DE 19850-5273
```

```
District/off: 0312-1          User: admin              Page 2 of 2                   Date Rcvd: Aug 30, 2016
                              Form ID: pdf905          Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514980415         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2016 23:16:47
                  Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
514915028         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2016 23:29:15
                  Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
516183587        +E-mail/Text: bnc-quantum@quantum3group.com Aug 30 2016 23:24:59
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
514838330         E-mail/Text: bnc-quantum@quantum3group.com Aug 30 2016 23:24:58
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
514799459        +E-mail/Text: bnc-bluestem@quantum3group.com Aug 30 2016 23:25:48      Webbank-Fingerhut,
                  6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
                                                                                               TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514720226*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    PO Box 724,    Springfield, NJ  07081)
514720225*       Internal Revenue Service,    Special Procedure Branch,    PO Box 744,
                  Springfield, NJ  07081-0744
514720227*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
515589099*      ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                 (address filed with court:   M&T Bank,    PO Box 840,    Buffalo, NY 14240)
516183586*       Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Edward M. Thompson    on behalf of Creditor    Skyline Condominium Assn. kato92@aol.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, as servicer for M&T BANK
               bankruptcy@feinsuch.com
              Seymour  Wasserstrum    on behalf of Debtor Mary M Kelly mylawyer7@aol.com,   ecf@seymourlaw.net
                                                                                             TOTAL: 6
```